TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264

NATHAN M. CLAUS
Assistant United States Attorney
Nevada Bar No. 15889
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Nathan.Claus@usdoj.gov

*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ARMANDO TREVIZO-VARGAS, an individual; LIZBETH CRUZ CANO, an individual; and GENESIS ODALYS CRUZ, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES; DOES I-X; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No. 2:25-cv-00348-APG-DJA<br><br>**Stipulation and order for Dismissal with Prejudice** |

Plaintiffs Armando Trevizo-Vargas, Lizbeth Cruz Cano, and Genesis Odalys Cruz and Defendant, United States of America, by and through their undersigned counsel, stipulate that their claims only shall be dismissed with prejudice, each party to bear its own

///

///

///

///

costs and attorney's fees.

Respectfully submitted this 23rd day of September 2026.

Micheal Hua Injury Law, PLLC

*/s/ Jericho L. Remitio*
JERICHO L. REMITIO, Esq
4560 South Decatur Blvd., Suite 300
6145 W. Spring Mountain Rd. #201
Las Vegas, NV 89146

*Attorneys for Plaintiff*

TODD BLANCHE
Acting Attorney General
SIGAL CHATTAH
First Assistant United States Attorney

*/s/ Nathan M. Claus*
NATHAN M. CLAUS
Assistant United States Attorney

*Attorneys for the United States*

IT IS SO ORDERED:

Dated: September 24, 2026

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE